Andrew Shamis
Arizona Bar No. 037343
ashamis@shamisgentile.com
SHAMIS & GENTILE, P.A.
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
[Additional Counsel in Signature Block]

*Attorney for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JAMIE SHIELDS, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-00297 |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| DAMAN BEAUTY, LLC, | |
| Defendant. | |

Plaintiff JAMIE SHIELDS, individually and on behalf of all others similarly situated, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the above-named Defendant, with prejudice.

Dated: December 18, 2025.

By: */s/ Andrew Shamis*
Andrew Shamis
Arizona Bar No. 037343
ashamis@shamisgentile.com
SHAMIS & GENTILE, P.A.
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 18, 2025, a true and correct copy of the foregoing was filed with the Court via the CM/ECF system which generates electronic service on all counsel of record.

                                              */s/ Andrew Shamis*
                                              Andrew Shamis

4937-0825-9351.2